KATIE LARUSSO, as Administratrix of the Estate of PETER SARCINELLI, Deceased, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued March 6, 1940; decided April 9, 1940.

*Harry A. Spiegelman, Julius J. Ivanitsky* and *John M. Wilson* for appellant.

*William C. Chanler, Corporation Counsel* (*Edward J. McGratty, Jr.,* and *Paxton Blair* of counsel), for respondent.

Judgment of the Appellate Division in so far as it dismisses the complaint reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that questions of fact were presented for the jury. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.